UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | SEAWAY ACCEPTANCE CORPORATION, INC. | § § § § | Case No. 10-35327 |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 11/01/2012 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>10/04/2012</u>     By:   <u>/s/Eugene Crane</u>
                                          Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: SEAWAY ACCEPTANCE CORPORATION, INC.   § Case No. 10-35327
§
§
Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,000.85 |
| *and approved disbursements of* | $ 2,898.67 |
| *leaving a balance on hand of* [1] | $ 7,102.18 |
| **Balance on hand:** | $ 7,102.18 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,102.18 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 1,750.09 | 0.00 | 1,196.69 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 6,914.00 | 0.00 | 4,727.72 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 119.77 | 0.00 | 119.77 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,058.00 | 0.00 | 1,058.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,102.18 |
| Remaining balance: | $ 0.00 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 81,722.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MARSHA YATES | 850.00 | 0.00 | 0.00 |
| 2 | Hitachi Capital America | 64,723.48 | 0.00 | 0.00 |
| 3 | Hudson Energy | 7,837.62 | 0.00 | 0.00 |
| 4 | Union City Mirror & Table Co. | 1,641.81 | 0.00 | 0.00 |
| 5 | GE Money Bank | 6,669.40 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-35327-PSH
Seaway Acceptance Corporation, Inc.                                       Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: ccabrales            Page 1 of 2              Date Rcvd: Oct 05, 2012
                               Form ID: pdf006            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2012.
```
db         +Seaway Acceptance Corporation, Inc.,    8900 South Stony Island Ave.,    Chicago, IL 60617-2813
15965667   +Ashley Furniture,    1 Ashley Way,   Arcadia, WI 54612-1200
15965668   +BAYVIEW LOAN,    4425 Ponce De Leon Blvd.,    Miami, FL 33146-1837
15965669   +Chicago Title & Trust,    171 N. Clark,   Chicago, IL 60601-3279
15965670   +Chicago Water Dept.,    P.O. Box 6330,   Chicago, IL 60680-6330
15965672   +Dayton Freight,    1615 Welch Street,   Brownsville, TN 38012-2334
15965674  +++Hitachi Capital America,    Law Office Kurt J. Kolar,    191 N. Wacker, Ste 2300,
             Chicago, Il 60606-1638
15965675   +Hudson Energy,    P.O. Box 142109,   Irving, TX 75014-2109
16311646  +++MARSHA YATES,    c/o  Attys: Prema Law Office,    10340 S. Western Ave Ste 2A,
             Chicago, IL 60643-2400
17787996   +Nationstar Mortgage,    PO Box 829009,   Dallas, TX 75382-9009
15965676   +Peoples Gas,    130 E Randolph Drive,   Chicago, IL 60601-6302
15965678   +Schmidt Salzman & Moran,    111 W. Washington,    Chicago, IL 60602-3466
15965679   +TCF Bank,    800 Burr Ridge Pkwy,   Burr Ridge, IL 60527-6486
16556632   +Union City Mirror & Table Co.,    C/O Jay K. Levy & Associates,    PO Box 1181,
             Evanston, IL 60204-1181
15965680   +Union City Mirror and Table,    P.O. Box 1181,   Evanston, IL 60204-1181
16311862   +marsha yates,    10033 S. Lafayette,   Chicago, Illinois 60628-2052
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15965671   +E-mail/Text: legalcollections@comed.com Oct 06 2012 00:25:59     ComEd Company,
             2100 S Swift Drive,    Oak Brook, IL 60523-1559
16788791    E-mail/PDF: rmscedi@recoverycorp.com Oct 06 2012 00:30:11     GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15965677   +E-mail/PDF: gecsedi@recoverycorp.com Oct 06 2012 00:31:29     Sam's Club Discover,
             P.O. Box 960016,    Orlando, FL 32896-0016
                                                                                              TOTAL: 3
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15965673  ##+Fifth Third Bank,    222 S Riverside Plaza,   Chicago, IL 60606-5808
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 07, 2012**               **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: ccabrales            Page 2 of 2                  Date Rcvd: Oct 05, 2012
                              Form ID: pdf006            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2012 at the address(es) listed below:

        Eugene Crane    ecrane@craneheyman.com, il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
        Harvey D. Wright    on behalf of Debtor   Seaway Acceptance Corporation, Inc. hdwright@usa.net
        Heather M Giannino    on behalf of Creditor   Bayview Loan Servicing, LLC heathergiannino@hsbattys.com, jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
        Kurt J Kolar    on behalf of Creditor   Hitachi Capital America Corp. kjkolar@kjkolarlaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 5