**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: SEAWAY ACCEPTANCE CORPORATION, INC. § Case No. 10-35327
§
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

 EUGENE CRANE, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

 1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

 2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $400,000.00      Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00      Claims Discharged
                                            Without Payment: N/A

Total Expenses of Administration: $10,000.85

---

 3) Total gross receipts of $ 10,000.85 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,000.85
from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,090,767.26 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,740.53 | 12,740.53 | 10,000.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 108,347.95 | 81,722.31 | 81,722.31 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,199,115.21 | $94,462.84 | $94,462.84 | $10,000.85 |

   4) This case was originally filed under Chapter 7 on August 07, 2010. The case was pending for 30 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/23/2013          By: /s/EUGENE CRANE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Sofas, Bed Sets, Chairs, 5 Piece Set(s), Chests, | 1129-000 | 10,000.00 |
| Interest Income | 1270-000 | 0.85 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.85** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BAYVIEW LOAN | 4110-000 | 1,090,767.26 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,090,767.26** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 1,750.09 | 1,750.09 | 1,196.69 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 6,914.00 | 6,914.00 | 4,727.72 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 119.77 | 119.77 | 119.77 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 1,058.00 | 1,058.00 | 1,058.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| American Auction Associates, Inc. | 3620-000 | N/A | 1,548.00 | 1,548.00 | 1,548.00 |
| American Auction Associates, Inc. | 3610-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.01 | 8.01 | 8.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 11.73 | 11.73 | 11.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.93 | 5.93 | 5.93 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$12,740.53** | **$12,740.53** | **$10,000.85** |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | MARSHA YATES | 7100-000 | N/A | 850.00 | 850.00 | 0.00 |
| 2 | Hitachi Capital America | 7100-000 | 62,000.00 | 64,723.48 | 64,723.48 | 0.00 |
| 3 | Hudson Energy | 7100-000 | 4,000.00 | 7,837.62 | 7,837.62 | 0.00 |
| 4 | Union City Mirror & Table Co. | 7100-000 | 2,500.00 | 1,641.81 | 1,641.81 | 0.00 |
| 5 | GE Money Bank | 7100-000 | 6,800.00 | 6,669.40 | 6,669.40 | 0.00 |
| NOTFILED | ComEd Company | 7100-000 | 19,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Dayton Freight | 7100-000 | 89.30 | N/A | N/A | 0.00 |
| NOTFILED | Peoples Gas | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED | TCF Bank | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Schmidt Salzman & Moran | 7100-000 | 3,673.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Water Dept. | 7100-000 | 375.65 | N/A | N/A | 0.00 |
| NOTFILED | Ashley Furniture | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Title & Trust | 7100-000 | 1,510.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $108,347.95 | $81,722.31 | $81,722.31 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-35327  
**Case Name:** SEAWAY ACCEPTANCE CORPORATION, INC.  
**Period Ending:** 01/23/13

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 08/07/10 (f)  
**§341(a) Meeting Date:** 10/05/10  
**Claims Bar Date:** 02/17/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Seaway Furniture Company 8900 S. Stony Island Av | 400,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Sofas, Bed Sets, Chairs, 5 Piece Set(s), Chests, | 11,162.50 | 11,162.50 | | 10,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.85 | FA |
| 3 | Assets Totals (Excluding unknown values) | **$411,162.50** | **$11,162.50** | | **$10,000.85** | **$0.00** |

**Major Activities Affecting Case Closing:**

    12/31/11: Will file tax returns then close case.

**Initial Projected Date Of Final Report (TFR):** February 28, 2012     **Current Projected Date Of Final Report (TFR):** September 10, 2012 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-35327  
**Case Name:** SEAWAY ACCEPTANCE CORPORATION, INC.  
**Taxpayer ID #:** **-***7479  
**Period Ending:** 01/23/13  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******03-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/03/10 | {2} | American Auction Associates, Inc. | Liquidation of furniture inventory - payment from Mike Gray | 1129-000 | 10,000.00 | | 10,000.00 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,000.07 |
| 01/13/11 | 1001 | American Auction Associates, Inc. | Auctioneer expenses for sale of inventory | 3620-000 | | 1,548.00 | 8,452.07 |
| 01/13/11 | 1002 | American Auction Associates, Inc. | Auctioneer commission for sale of inventory | 3610-000 | | 1,000.00 | 7,452.07 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 7,452.14 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,452.19 |
| 02/28/11 | 1003 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #10-35327, ~ Blanket Bond #016026455 | 2300-000 | | ! 8.01 | 7,444.18 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,444.24 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,444.30 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,444.36 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,444.42 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,444.48 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 11.73 | 7,432.75 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,432.81 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,407.81 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,407.87 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,382.87 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,382.93 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,357.93 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,357.99 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,332.99 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,333.05 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,308.05 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,308.11 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,283.11 |
| 02/28/12 | 1004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #10-35327, Blanket Bond Premium; Bond #016026455 | 2300-000 | | 5.93 | 7,277.18 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,252.18 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,227.18 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,202.18 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,177.18 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,152.18 |

Subtotals : $10,000.85   $2,848.67

{} Asset reference(s)        !-Not printed or not transmitted

Printed: 01/23/2013 12:43 PM   V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-35327  
**Case Name:** SEAWAY ACCEPTANCE CORPORATION, INC.  

**Taxpayer ID #:** **-***7479  
**Period Ending:** 01/23/13

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******03-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,127.18 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,102.18 |
| 11/01/12 | 1005 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $119.77, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 119.77 | 6,982.41 |
| 11/01/12 | 1006 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $1,058.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,058.00 | 5,924.41 |
| 11/01/12 | 1007 | EUGENE CRANE | Dividend paid 68.37% on $1,750.09, Trustee Compensation; Reference: | 2100-000 | | 1,196.69 | 4,727.72 |
| 11/01/12 | 1008 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 68.37% on $6,914.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,727.72 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,000.85 | 10,000.85 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,000.85 | 10,000.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,000.85** | **$10,000.85** | |

Net Receipts : 10,000.85  
Net Estate : $10,000.85

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******03-65 | 10,000.85 | 10,000.85 | 0.00 |
| | $10,000.85 | $10,000.85 | $0.00 |

{} Asset reference(s)